

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Eddie Trevino,                        * From the 104th District Court
of Taylor County,
Trial Court No. 18120B.

Vs. No. 11-20-00205-CR          * June 4, 2021

The State of Texas,             * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Eddie Trevino's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.